# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ANDERSON DIVISION

| | |
|---|---|
| Kelly Beverly Phillips and Passion Ellafair Wallace, | C/A #: 8:23-cv-04309-JDA |
| Plaintiffs, | |
| v. | **EXPERT WITNESS DESIGNATION OF DEFENDANTS ABBEVILLE COUNTY SHERIFF'S OFFICE, JEREMY ROBINSON and RAY KELLY** |
| Abbeville County Sheriff's Office, Town of Iva, Jeremy Robinson, in his official and individual capacity and Ray Kelly, in his official and individual capacity, | |
| Defendants. | |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Defendants, Abbeville County Sheriff's Office, Jeremy Robinson and Ray Kelly, by their undersigned attorney, identify the following person expected to be called as an expert at trial:

Brian S. Batterton
Legal & Liability Risk Management Institute
4400 Lower Roswell Road
Marietta, Georgia 30068

These Defendants certify that a written report prepared and signed by Brian S. Batterton, along with all information required by FRCP 26(a))2)(B), is being disclosed to counsel for Plaintiff.

MORRISON LAW FIRM, LLC

By: _s/ David L. Morrison_
David L. Morrison (Fed. #3581)
7453 Irmo Drive, Suite B
Columbia, South Carolina 29212
Phone: (803) 661-6285
E-mail: david@dmorrison-law.com

*Attorney for Defendants Abbeville County Sheriff's Office, Jeremy Robinson and Ray Kelly*

Columbia, South Carolina

October 17, 2024