Page 1

1              IN THE UNITED STATES DISTRICT COURT

2                 DISTRICT OF SOUTH CAROLINA

3                      ANDERSON COUNTY

4    _____    EXHIBIT F

5    KELLY BEVERLY PHILLIPS and

6    PASSION ELLAFAIR WALLACE,

7            Plaintiffs,

8        v.                          Civil Action No.

9    ABBEVILLE COUNTY SHERIFF'S           8:23-cv-04309-JDA

10   OFFICE; TOWN OF IVA; JEREMY

11   ROBINSON in His Official and

12   Individual Capacity; and RAY

13   KELLY, in His Official and

14   Individual Capacity,

15            Defendants.

16   _____

17            DEPOSITION OF BRIAN BATTERTON

18   DATE:           Tuesday, January 7, 2025

19   TIME:           10:03 a.m.

20   LOCATION:       Remote Proceeding

21                   Charleston, SC 29492

22   REPORTED BY:    Dana Johnston

23   JOB NO.:        7070291

24

25

Page 110

1  powder substance.

2      Q    Okay.  And they learned that a minute and

3  36 seconds into the pursuit; right?

4      A    Well they -- they observed what they

5  believed to be a white powder substance being thrown

6  out of the vehicle at a minute 36 on the timestamp of

7  the video.

8      Q    All right.  And just to recap us at this

9  point, we observed dangerous driving from Trotter

10 going over the line or being in the oncoming lane of

11 traffic at second 00:21, second 00:26, second 00:30,

12 second 00:44, second 00:51, second 00:55, minute

13 marker 01:05, minute marker 01:19, minute marker

14 01:26.

15         And so at this point at 01:36, there's at

16 least nine times in which dangerous driving by

17 defendant Trotter was seen on this video; right?

18     A    Yes.

19     Q    I just wanted to clarify that.  All right,

20 so the white powder substance at a minute 36 after

21 nine times of unsafe driving by the defendant

22 Trotter --

23     A    On rural roads --

24     Q    On rural roads --

25     A    -- with very -- with very light traffic.

Brian Batterton                    January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 111

1    Q    Okay.

2    A    On dry roads.

3    Q    Okay.

4    A    And there are -- there are other factors.  I

5    know you said we'll get to these later, but --

6    Q    We'll go through those.  I promise you'll

7    have the opportunity to testify to that.  All right.

8    At 01:40, we're adding our tenth unsafe driving

9    incident in which Trotter runs the stop sign; right?

10   A    Yes.

11              (Video played.)

12   BY MR. BRADY:

13   Q    All right.  It looks like he fishtails and

14   swerves into the oncoming lane of traffic around the

15   01:43 mark; right?

16   A    Yes.  So we've got our eleventh incident of

17   unsafe driving; right?

18   Q    Yes.  And at this point, Lieutenant Kelly

19   says, "He's about to wreck"; isn't that true?

20   A    Yes.  He was stating what he was observing

21   at the time here.

22   Q    And still the pursuit was not called off;

23   right?

24   A    No.

25              (Video played.)

Brian Batterton                    January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 112

1    BY MR. BRADY:

2        Q    All right.  I've paused it here at the 01:53

3    mark.  Let me do -- at 01:53 mark.  Looks like

4    paragraph 31 you mentioned that "A vehicle passed in

5    the opposite direction.  Trotter was on the correct

6    side of the road"?

7        A    Yes.

8        Q    It's fair to say about six or seven seconds

9    prior to this point that Trotter was on the wrong side

10   of the road?

11       A    Yes.

12       Q    Is it fair to say that less than ten seconds

13   prior to this point, Trotter was fishtailing from one

14   lane to another?

15       A    Yes.

16       Q    Is it fair to say that less than 15 seconds

17   from this point where he is passing a car that he ran

18   through stop sign?

19       A    Yes, he did.

20       Q    Why was it significant then for you to

21   include in your report the fact that he was in the

22   correct lane of traffic?

23       A    Because he had just fishtailed, and then

24   when they passed this car he was back on his side of

25   the road.

Page 113

1    Q    What would that signify to you?  I mean, why
2  is that important?
3    A    That he recovered the -- the fishtail and
4  got back on the right side of the road.
5    Q    But as far as, like, your analysis goes,
6  does that make it -- does that make you think that
7  this is a driver that has control of his vehicle?  Is
8  this a safe situation?
9    A    It was fact of the incident that I included
10  in the summary.
11    Q    Okay.  So you're just including it to be
12  thorough?
13    A    It -- it's in the summary.  He had
14  fishtailed.  The officer said, "He's about to wreck."
15  He didn't wreck, and then he passed another vehicle
16  and stayed on his side of the road.
17    Q    Okay.
18              (Video played.)
19  BY MR. BRADY:
20    Q    All right.  So it looks like two minutes,
21  Paragraph 32, you say, "Lieutenant Kelly says speed is
22  about 90"; is that right?
23    A    Yeah.  He says something that I couldn't
24  understand, and then I heard "Speed is about 90"
25  afterwards.

Brian Batterton                    January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 114

1      Q    That's what I heard, too.  I'll keep
2  playing.
3                (Video played.)
4  BY MR. BRADY:
5      Q    I've stopped it here at 02:11.  Does it
6  appear that Mr. Trotter is starting to head over the
7  solid center line again?
8      A    He's on the center line, yes.
9      Q    Okay.  Would you agree that this is at least
10  the twelfth incident of unsafe driving that we've
11  reviewed together so far in this video?
12     A    Yes.
13     Q    And this is within the first 2 minutes and
14  11 seconds of this video?
15     A    Yes.
16     Q    Okay.
17                (Video played.)
18  BY MR. BRADY:
19     Q    All right, 02:22 the dispatcher comes back
20  and tells them who the tag goes back to?
21     A    Yes.  To a Ram he said.
22     Q    A Ram.  Okay.  And this is information that
23  Deputy Robinson and Lieutenant Kelly did not have up
24  until this point at 2 minutes 22 seconds?
25     A    I hadn't heard it up until that point, but

Page 115

1  there was that unintelligible traffic that I -- so I

2  don't know what it was said there.

3      Q    Okay.

4            (Video played.)

5  BY MR. BRADY:

6      Q    I know this is kind of hard to see with my

7  video, but it appears that Trotter's left wheels are

8  going over the line -- center line again; is that

9  true?

10     A    Yes, it is.  It's a dotted line there.  So

11 that would indicate at least some better visibility.

12     Q    Okay.  And this is at 2 minutes and

13 29 seconds.  Do you agree that this is at least the

14 thirteenth incident of unsafe driving that we can see

15 from Trotter since this video started?

16     A    I would say that that one would be a little

17 more questionable in that it's a dotted line, which is

18 a passing zone.  So visibility would be better.  But

19 as we keep playing, we'll see if oncoming traffic

20 comes.  I don't know off the top of my head if there's

21 oncoming traffic right there.

22     Q    Sure.  But Michael Trotter isn't keeping his

23 lane in this part of the video; right?

24     A    He's not keeping his lane in that, correct.

25     Q    And that's unsafe driving; right?

Brian Batterton                    January 7, 2025

Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 116

1      A    Yes, except it's not of the same character

2  as when it's the double yellow line.

3      Q    Okay.  But still unsafe; right?

4      A    It could be, yes.

5                (Video played.)

6  BY MR. BRADY:

7      Q    And then it appears -- paused it at

8  2 minutes and 33 seconds -- appears at this point

9  there's a vehicle passing in the opposite direction;

10 isn't that true?

11     A    Yeah.  Yes.  And he's --

12     Q    Directly before this, about three or four

13 seconds before this point in the video, he was

14 straddling the center line.  It wasn't a solid center

15 line, but it was the center line; right?

16     A    Yes.  Well that's why I said I hadn't seen

17 it in -- or in watching it with you I hadn't seen

18 the -- it in the whole context.  So yes.

19                (Video played.)

20 BY MR. BRADY:

21     Q    All right.  And it appears at -- paused it

22 at 2 minutes and 36 seconds -- it appears again he

23 slipped over that center line, right, going around a

24 curve?

25     A    He's touching it, yes.

Brian Batterton                    January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 117

1        Q    Yeah, I'll go back.

2               (Video played.)

3    BY MR. BRADY:

4        Q    All right.  For some reason my video is

5    freezing up.

6        A    It just froze.

7               (Video played.)

8    BY MR. BRADY:

9        Q    All right.  Right there at 2 minutes

10   35 seconds he's on the center line; right?

11       A    Yes.

12       Q    Okay.  And they're about to navigate around

13   a curve -- Trotter is; isn't that right?

14       A    Correct.

15       Q    And there appears to be headlights coming in

16   the opposite direction; right?

17       A    Yes.

18       Q    And it appears that Trotter is struggling to

19   keep his lane; isn't that right?

20       A    It does.

21       Q    Do you agree that this is at least the

22   fourteenth incident of unsafe driving since Deputy

23   Robinson joined the pursuit?

24       A    Yes.

25       Q    Okay.  This is at 2 minutes and 35 seconds

Brian Batterton                                January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 118

1  into the pursuit; right?

2       A    Yes.

3                (Video played.)

4  BY MR. BRADY:

5       Q    And it appears going around this curve -- I

6  paused it here at 2 minutes and 37 seconds -- it

7  appears that about a second prior to that oncoming

8  traffic reaching defendant Trotter -- or Michael

9  Trotter -- only about a second prior to that car

10 reaching him, did he move over into his lane; isn't

11 that true?

12      A    It appears that way, yes.

13      Q    And yet the pursuit was not stopped at this

14 point; right?

15      A    It is not.

16                (Video played.)

17 BY MR. BRADY:

18      Q    I stopped it at 2 minutes and 40 seconds.

19 It appears that after navigating that curve and after

20 getting around that car -- that oncoming traffic --

21 that Trotter has now reestablished himself in the

22 oncoming lane of traffic; isn't that true?

23      A    Yes, although we can't see traffic coming

24 right there.

25      Q    Right.  But his car is in the --

Brian Batterton                    January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 119

1      A    He crossed -- he is across the double

2    yellow.

3      Q    Okay.  And this is at least the fifteenth

4    instance of unsafe driving since this pursuit video

5    started; isn't that true?

6      A    Yes.  Driving that would indicate likely

7    DUI.

8               (Video played.)

9    BY MR. BRADY:

10     Q    Okay.  I paused it at 2 minutes and

11   45 seconds.  It appears that Mr. Trotter has gone

12   around this curve.  And what's on the other side of

13   the curve that you can see in the video?

14     A    I see a light.  So that could be headlights,

15   yep.

16     Q    So right around the curb that Mr. Trotter

17   was traveling around in the oncoming lane of

18   traffic -- the wrong lane of traffic -- there was a

19   car there which he swerved at the last second to

20   avoid; isn't that true?

21     A    Yes.  I got that in paragraph 36.

22     Q    Yeah.  And so would you agree that that's at

23   least the sixteenth incident of unsafe driving since

24   this video started?

25     A    Of the incidents that you've denoted, but

Page 120

1  again, some of those are more unsafe than others.

2  This is one of the more unsafe.

3        Q     Sure.  And I understand there are degrees to

4  these things; right?  Obviously driving straight at

5  oncoming traffic is going to be more unsafe than

6  driving the wrong lane of traffic when there is no

7  traffic; right?

8        A     Right.

9        Q     But at the end of the day, we're to 16

10 unsafe driving activities during the first 2 minutes

11 and 46 seconds of Deputy Robinson's involvement in

12 this pursuit; isn't that true?

13       A     Yes.  But like I said, the degrees of

14 unsafe.

15       Q     Okay.

16       A     I consider the most unsafe so far that we've

17 seen to be the -- the stop sign and the -- to -- to

18 this point and this incident.

19               (Video played.)

20 BY MR. BRADY:

21       Q     All right.  You mentioned in paragraph 37 --

22 this is at approximately three minutes -- the road

23 widened to four lanes, two lanes in each direction

24 with a center turn lane.  Trotter remained on his side

25 of the road at this point in the pursuit; is that

Brian Batterton                                January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 121

1    right?

2        A    That's correct.

3        Q    Okay.  And at approximately three minutes,

4    do you recall hearing something from dispatch come

5    through on Deputy Robinson's radio?

6        A    I -- I recall something about maybe that --

7    the fireworks but that they were over or something to

8    that effect.  They had asked about fireworks.  I don't

9    know if that's the point that it came in at or not.

10       Q    Yep.  So the dispatcher, I'll represent to

11   you, said -- just because it's hard to play this video

12   for you with sound over Zoom -- dispatcher said

13   "That's affirmative.  They're doing fireworks in Iva."

14   Do you have any reason to dispute that?

15       A    I don't.

16            (Video played.)

17   BY MR. BRADY:

18       Q    Okay.  At this point in the video at

19   3 minutes and 2 seconds where geographically do you

20   understand that they are located, and where do you

21   understand that they're heading to?

22       A    That they're approaching Iva or downtown

23   Iva, and that's the direction where the fireworks show

24   is, and they've notified Iva.  And there were some --

25   my understanding is there were at least one Iva

Page 122

1    officer up there near a fire station or -- or some

2    other building as they passed by.

3         Q    All right.  So at this point in the video,

4    we're at least at 16 incidents of unsafe driving.

5    They're headed towards Iva, and they've just been

6    notified that there's a firework show going on in Iva;

7    is that true?

8         A    That's what it sounded like, but they had

9    also mentioned at one point they weren't sure if it

10   was over.  So in any event, you don't really see,

11   like, pedestrians right there in the area.  So I was

12   just unclear on whether it was over and people were

13   gone, or whether it was going and people were away

14   somewhere in a field or -- or who knows where --

15   somewhere not by the road watching the fireworks.

16        Q    And --

17        A    So 'cause I didn't see pedestrians when the

18   chase passed by.  So it wasn't completely clear as to

19   where that was.

20             MR. MORRISON:  All right.  Before you

21   get to the next question, let me get in my objection

22   to the form of the last one.  Thank you.

23   BY MR. BRADY:

24        Q    Yep.  And just to clarify, you know what I'm

25   asking with my question.  at this point the -- at

Page 123

1    3 minutes and 2 seconds, the officers had been

2    notified that there are fireworks going on in Iva and

3    that they're headed straight towards Iva; isn't that

4    true?

5              MR. MORRISON:  Object to the form of

6    the question in the words "just been notified."

7        A    My understanding was that the officers were

8    aware that there was a firework show that was going on

9    in or had just, close in time, was finishing because

10   one of them lived in the area or something to that

11   effect.  So -- and they also had said to notify Iva

12   they were coming.  And then I heard that dispatch

13   information saying that there were fireworks.

14       Q    Okay.  Why did you feel that that wasn't

15   important to include in your summary?

16       A    Because it was already included in the --

17   the incident narratives of the officers.

18       Q    That as they were approaching Iva, that

19   there was a -- that the dispatcher reported "That's

20   affirmative.  They are doing fireworks in Iva."?

21   That's included in the narrative summaries?

22       A    That they knew that there was a fireworks

23   show in Iva is included in there -- is in the -- the

24   reports from the officers.

25       Q    So if it's in the report of the officers,

Brian Batterton                    January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 124

1  you didn't think it was necessarily important to

2  include it in this timeline?  Is that --

3      A    Well I didn't include it in the timeline.

4  It doesn't change my opinion, and it's a given that

5  they knew that there was a firework show in -- in Iva,

6  and it's included in the report.  So --

7              (Video played.)

8  BY MR. BRADY:

9      Q    So I just paused it at 3 minutes and

10  12 seconds.  We saw another incident in which

11  Michael Trotter came over the center white line and

12  then proceeded to go back into his lane.  So it

13  appears here that he's still failing to keep his lane

14  of travel; isn't that true?

15      A    Yes.

16      Q    And would you agree that that's at least the

17  seventeenth incident of unsafe driving that we've

18  talked about so far in this incident?

19      A    Well not of -- it's not of the same

20  character as the double yellow line or the double

21  yellow line oncoming traffic.

22      Q    And I'll concede that.  I'll concede that.

23  And I understand that, but you would acknowledge that

24  it's at least the seventeenth incident of unsafe

25  driving; right?

Page 125

1      A    To an extent, yes.

2      Q    Okay.

3           (Video played.)

4  BY MR. BRADY:

5      Q    It appeared -- I stopped the tape here at

6  3 minutes and 30 seconds.  I think you have

7  2 minutes -- or 3 minutes and 29 seconds in your

8  report.  But this is a point in which he, Mr. Trotter,

9  runs a red light; right?

10     A    Yes.  That's in the report.

11     Q    Okay.  And neither Mr. Trotter nor Deputy

12 Robinson slow down as they approach this red light; do

13 they?

14     A    No.  And the deputy explained that he had

15 clear line of sight and that he knows the area and

16 that based on a stop sign being at -- at one

17 intersection up off of that cross street, that

18 high-speed traffic doesn't come through there, and

19 that he had a clear line of sight.  And you could see

20 there were no -- no cross traffic and no near miss.

21     Q    Okay.  Do you agree it's still pretty

22 dangerous to run a red light at nearly 85, 90 miles

23 per hour?

24           MR. MORRISON:  Object to the form.

25 //

Page 126

1    BY MR. BRADY:

2         Q    Let me rephrase that question.  Would you

3    agree that it's dangerous to run a red light at these

4    speeds?

5                   MR. MORRISON:  Same objection.

6         A    Not if there's -- not if there's no cross

7    traffic.  I mean even the -- the South Carolina

8    statute that talks about rights of emergency drivers

9    talks about slowing down at traffic control devices as

10   may be necessary for safe operation of the vehicle, so

11   as may be necessary.  If there's cross traffic going

12   through, it's likely necessary --

13        Q    Specifically, I'm talking about --

14        A    -- or traffic.

15        Q    -- not Deputy Robinson's.

16        A    Say that one more time.  I'm sorry.  It

17   glitched.

18        Q    Yeah.  And I apologize for not clarifying

19   this, but specifically I'm talking about Trotter's

20   actions running the red light.  Would you agree that

21   that's dangerous?

22        A    Yes.

23        Q    Okay.  And would you agree that's at

24   least -- I believe on -- I believe we're on 17.  I

25   might be wrong on that.  It might be 18.  But you

Brian Batterton                                    January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

                                                    Page 127

1    agree that's at least the seventeenth incident of

2    dangerous driving that we've talked about so far?

3          A    Yes.

4                    (Video played.)

5    BY MR. BRADY:

6          Q    I paused here at 3 minutes and 32 seconds.

7    It appears that Mr. Trotter is over the double yellow

8    line; isn't that true?

9          A    Yes.

10         Q    Okay.  Do you agree that it's at least the

11   eighteenth incident of dangerous driving that we've

12   seen from Mr. Trotter since the initiation of this

13   pursuit by Deputy Robinson 3 minutes and 32 seconds

14   prior to this happening?

15         A    Yes, to a degree on some of the others.

16         Q    Sure.

17                  (Video played.)

18   BY MR. BRADY:

19         Q    Okay.  I paused it at 03:44.  Does it appear

20   to you that Trotter just passed a car at a high rate

21   of speed?

22         A    Yes, on the -- passed on the left, which I

23   mean is the correct place to pass, but it was a high

24   rate of speed.

25         Q    Okay.  Do you agree that passing maneuver at

Brian Batterton                    January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 128

1    a high rate of speed was at least the nineteenth

2    incident of dangerous driving that we've seen from

3    Mr. Trotter since the initiation or since Deputy

4    Robinson became involved in this pursuit?

5         A    Yes, the nineteenth one we've talked about.

6              (Video played.)

7    BY MR. BRADY:

8         Q    All right.  It appears here again

9    Mr. Trotter can't keep his lane.  He's straddling the

10   middle, swerving back and forth.  Would you agree --

11   this is at 3 minutes and 48 seconds -- would you agree

12   that this is at least the twentieth incident of unsafe

13   driving that we've observed from Mr. Trotter since

14   Deputy Robinson became involved in this pursuit?

15        A    Yes.

16             (Video played.)

17   BY MR. BRADY:

18        Q    All right.  Here at 3 minutes and 53 seconds

19   his tires just went over double yellow lines, and it

20   appears the left two wheels are in a turning lane at

21   this point.  Do you agree this is at least the

22   twenty-first incident of unsafe driving that we've

23   observed since Deputy Robinson became involved in this

24   pursuit?

25        A    I didn't see where it went over the double

Page 129

1    yellow line, but I do agree that he's partially in

2    that turn lane.

3        Q    I guess it goes over the double yellow line.

4        A    It glitched right there.  It -- but yeah, I

5    see what you're talking about.

6        Q    Got you.

7        A    Or touches it.

8        Q    And then again, he is going over the -- into

9    several different turn lanes and then ultimately hits

10   the motorcycle, and that's when the incident occurs;

11   isn't that true?

12       A    Yes.

13       Q    In total, would you agree that there's at

14   least 22 incidents of unsafe driving?

15       A    Oh, that's -- I'm sorry.  I interrupted.

16       Q    No.  Go ahead.  I'm sorry.

17       A    I would agree that's how many we talked

18   about, but like -- I guess I'll have an opportunity to

19   explain later.  When there's not -- when traffic is

20   very light on the rural roads especially and there's

21   not a lot of oncoming traffic, and there's not

22   oncoming traffic coming, I didn't consider the

23   crossing the double line as the -- the same character

24   of dangerous driving as the stop sign, the near miss,

25   the -- and this at the end.

Brian Batterton          January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 130

1      Q      All right.  But ultimately, you know, I

2  guess what you've identified -- and correct me if I'm

3  wrong -- what it seems that you've identified is there

4  is a spectrum of different unsafe driving incidents,

5  some of which are more serious than others that

6  existed prior -- in the four minutes prior to this

7  crash occurring during the pursuit; isn't that true?

8      A      Yes.

9      Q      And after each one of these unsafe

10  incidents, at no point did Deputy Robinson or

11  Lieutenant Kelly ever call off the pursuit?

12      A      They did not, but I don't believe that they

13  were required to call off the pursuit -- the pursuit

14  based on our standards in law enforcement -- because

15  of the -- the reasons for the pursuit.

16            And there's no guarantee that somebody is

17  going to stop driving like that and drive safe.  And

18  he was already crossing left of center, so it's

19  reported, when the -- prior to the initiation of the

20  traffic stop.

21            So based on that, it's a catch-22 situation

22  for the officers.  Like, if you chase him and he has

23  this kind of crash, they -- they're viewed as should

24  have stopped chasing him.  If they stopped chasing him

25  and he has a crash based on his driving, they would be

Brian Batterton                    January 7, 2025
Phillips, Kelly Beverly, Et Al. Vs. Abbeville County Sheriff's Office, Et Al.

Page 183

1  it does not say forced anybody off the road right

2  there.

3      Q    All right.  So I guess, at the initiation of

4  the pursuit then, do you believe there was an imminent

5  threat under the policy?  That's really what I'm

6  trying to understand.

7      A    Right there, not under that policy

8  definition.

9      Q    Okay.  And if there is no --

10     A    But -- go ahead.  I'm sorry.

11     Q    And if there is no imminent threat on the

12  initiation of the pursuit -- when Lieutenant Kelly

13  decided to initiate the pursuit, that violated

14  Abbeville County Sheriff's Office policy; didn't it?

15     A    That is a question for the sheriff because

16  the sheriff interpreted his policy as that being an

17  imminent threat.  So again, that's going to be a

18  question for the sheriff.  The -- I can speak

19  definitively to my opinion on the generally accepted

20  police practice.

21          And when you look at the amount of traffic

22  on the road, the rural streets, the dry roads, the

23  lack of pedestrian traffic, the safe -- I -- I say my

24  opinion -- the proper driving of Deputy Robinson, the

25  fact that the pursuit was supervised, the fact that it

Page 198

1    those other offenses?  Vehicle homicide is a pretty

2    serious offense; isn't it?

3                    MR. BRADY:  Right.  And often the --

4    from what I've seen from other locations is the -- the

5    fleeing charge or the failing to stop for blue lights

6    kind of wraps up all those traffic violations.

7                    MR. MORRISON:  I don't believe I need

8    to ask you anything else here today.

9                         EXAMINATION

10   BY MR. BRADY:

11       Q    I've got one last question.  You said, "The

12   fleeing violation wraps up all those traffic

13   violations."  So would you agree with me that a

14   suspected DUI would be a suspected traffic violation?

15       A    Well, DUI is a -- is a traffic charge --

16   traffic-related crime, yes.

17                    MR. BRADY:  Okay.  Nothing further.

18   That's it.

19                    THE REPORTER:  All right, guys.  Give

20   me one second.

21                    THE WITNESS:  All right.

22                    MR. BRADY:  All right.  I appreciate

23   you, sir.

24                    THE WITNESS:  Thank you.

25                    THE REPORTER:  All right, guys.  Give